GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERIC ABEL,

  Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and CARMAX AUTO SUPERSTORE,
INC.,

  Defendants.

Case No. 2:23-cv-00460-GMN-VCF

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 24, 2023 through and including **May 24, 2023**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

/ /

/ /

/ /

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to
2  cause delay.
3           Respectfully submitted, this 21st day of April, 2023.

5  CLARK HILL PLLC                                          *No opposition*

6  By: /s/Gia N. Marina                                     /s/Gerardo Avalos
7  Gia N. Marina                                            George Haines, Esq.
   Nevada Bar No. 15276                                     Nevada Bar No. 9411
8  1700 South Pavilion Center Drive, Suite 500              Gerardo Avalos, Esq.
   Las Vegas, Nevada  89135                                 Nevada Bar No. 15171
9  Telephone:  (702) 862-8300                               FREEDOM LAW GROUP
   Facsimile:  (702) 778-9709                               8985 S. Eastern Ave., Suite 350
10 Email: gmarina@clarkhill.com                             Henderson, NV 89123
   *Attorney for Defendant Equifax Information*             Phone: (702) 880-5554
11 *Services LLC*                                           Fax: (702) 385-5518
12                                                          Email: ghaines@freedomlegalteam.com
                                                            Email: gavalos@freedomlegalteam.com
13                                                          *Attorneys for Plaintiff*

16 IT IS SO ORDERED:

17 _____
18 United States Magistrate Judge

19 DATED:  ___4-24-2023___

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 21st day of April, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com