Jon T. Pearson
Nevada Bar No. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650
jtpearson@hollandhart.com

*Counsel for Defendant*
*CarMax Auto Superstore, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ABEL,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and CARMAX AUTO SUPERSTORE, INC.<br><br>    Defendants. | Case No. 2:23-cv-00460-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CARMAX AUTO SUPERSTORE, INC. TO RESPOND TO COMPLAINT** |

       In accordance with LR IA 6–1, LR IA 6–2, and LR II 7–1, Defendant CarMax Auto Superstore, Inc. ("CarMax") and Plaintiff Eric Abel submit this Stipulation and Order extending the deadline for CarMax to answer or otherwise respond to the Complaint filed by Abel on March 28, 2023. (ECF No. 1) This is the first request for an extension of time to file an answer or otherwise respond to Abel's Complaint.

       CarMax was served with a copy of the Summons and the Complaint on April 3, 2023. (ECF No. 6) The deadline to respond to the Complaint is Monday, April 23, 2023. Because it took time for CarMax to secure counsel and their counsel has had back-to-back trials over the last two weeks, CarMax requested additional time to prepare a responsive pleading to Abel's Complaint. The parties have thus agreed that CarMax shall have up to and including May 8, 2023 to answer or otherwise plead in response to Abel's Complaint, including but not limited to filing any Rule 12(b) motions.

1

By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Abel's Complaint.

Dated: April 19, 2023

| | |
|---|---|
| /s/ *Jon T. Pearson* | /s/ *Gerardo Avalos* |
| Jon T. Pearson, Esq. | George Haines |
| HOLLAND & HART LLP | Gerardo Avalos |
| 9555 Hillwood Drive, 2nd Floor | FREEDOM LAW FIRM, LLC |
| Las Vegas, Nevada 89134 | 8985 South Eastern Ave., Suite 100 |
| | Las Vegas, Nevada 89123 |
| *Counsel for Defendant* | |
| *CarMax Auto Superstore, Inc.* | *Counsel for Plaintiff Eric Abel* |

**ORDER**

IT IS SO ORDERED.

_____
United States ~~District~~ Judge
Magistrate

Dated: 4-24-2023

21324154_v1