Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Eric Abel,<br><br>                    Plaintiff,<br><br>          v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; and CarMax Auto Superstore, Inc.<br><br>                    Defendants. | Case No.: 2:23-cv-00460-JCM-VCF<br><br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
|---|---|

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Eric Abel ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on March 28, 2023, and currently, Experian's responsive pleading is due May 15, 2023.  (ECF No. 1.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly.  Plaintiff and Experian stipulate and agree that Experian shall have an extension until June 5, 2023, to file its responsive pleading.

1   This is Experian's first request for an extension of time to respond to the Complaint and is

2   not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

3   an opportunity to more fully investigate the claims alleged.

4   **IT IS SO STIPULATED.**

5   DATED this 15th day of May 2023.

6

7   NAYLOR & BRASTER                    FREEDOM LAW FIRM, LLC

8

9   By: */s/ Jennifer L. Braster*        By: */s/ Gerardo Avalos*

10      Jennifer L. Braster                  George Haines
        Nevada Bar No. 9982                  Nevada Bar No. 9411
11      Benjamin B. Gordon                   Gerardo Avalos
        Nevada Bar No. 15552                 Nevada Bar No. 15171
12      1050 Indigo Drive, Suite 200         8985 S/ Eastern Avenue, Suite 100
        Las Vegas, NV 89145                  Las Vegas, NV 89123

13      Cheryl O'Connor                    *Attorneys for Plaintiff Eric Abel*

14      Nevada Bar No. 14745
        JONES DAY
15      3161 Michelson Drive, Suite 800
        Irvine, CA 92612

16   *Attorneys for Defendant*

17   *Experian Information Solutions, Inc.*

18

19

20   **IT IS SO ORDERED.**

21

22   Dated this ____5th____ day of ~~May~~ June 2023.

                                              _____
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000