# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Eric Abel,

        Plaintiff(s),

v.

Equifax Information Services, LLC and CarMax Business Services, LLC,

        Defendant(s).

2:23-cv-00460-GMN-VCF

**ORDER**

Before the court is the motion and order to extend discovery deadlines (ECF No. 42).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the following discovery deadlines apply:

    Discovery cut-off        January 5, 2024

    Dispositive motion       February 5, 2024

    Joint Pretrial Order      March 6, 2024

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 1st day of December 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1