George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Eric Abel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric Abel,<br><br>        Plaintiff,<br><br>  v.<br><br>Equifax Information Services, LLC and CarMax Business Services, LLC,<br><br>        Defendants. | Case No.: 2:23-cv-00460<br><br>**Stipulation for dismissal of CarMax Business Services, LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Eric Abel and CarMax Business Services, LLC stipulate to dismiss Plaintiff's claims against CarMax Business Services, LLC with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION                                 - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 14, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Eric Abel*

**HOLLAND & HART LLP**

/s/ *Jon T. Pearson*
Jon T. Pearson, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Counsel for CarMax Business Services, LLC*

## ORDER

IT IS SO ORDERED. The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2024

STIPULATION                           - 2 -